[No. 20547-5-II.    Division Two.    May 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMEE L. MATHUS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-1-00395-2, H. John Hall, J., entered April 3, 1996. *Reversed* by unpublished per curiam opinion.

[No. 20626-9-II.    Division Two.    May 23, 1997.]

JACK M. CLAPP, ET AL., *Respondents*, v. WILBURT H. BLATTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 26542, Kenneth D. Williams, J., entered June 24, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[Nos. 36041-8-I; 35828-6-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD STEVE JONES, *Appellant*.

*In the Matter of the Personal Restraint of* DONALD S. JONES, *Petitioner*.

Appeals from a judgment of the Superior Court for King County, No. 90-1-03705-0, James Bates, J., entered January 5, 1995, together with a petition for relief from personal restraint. State's cross appeal *reversed with instructions*; Jones' appeal and petition *dismissed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.